IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RODGER GITHENS,<br><br>　　　　　　　　　　Defendant. | CASE NO.  1:23-CR-00089-ADA-BAM<br><br>FINDINGS AND ORDER<br><br>PROPOSED DATE: June 21, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on June 2, 2023, and also reviewed the record of this case.  For the reasons stated in the stipulation the court finds good cause for rescheduling the hearing.  Thus, the bail review hearing scheduled for June 7, 2023, at 2:00 p.m. will instead be scheduled for June 21, 2023, at 2:00 p.m.  The government shall file its response to the defendant's motion for bail review by the end of June 14, 2023.

IT IS SO ORDERED.

Dated:   **June 5, 2023**　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1