```
1   Marc Days, CA Bar #184098
    Days Law Firm
2   1125 T Street
    Fresno, California 93721
3   Telephone: (559) 708-4844

4   Attorney for Defendant,
    Rodger Githens
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:23-cr-00089 NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | Date:  December 13, 2023 |
| RODGER GITHENS | Time:  1:00 p.m. |
|  | Judge: Hon. Barbara A. McAuliffe |
| Defendant. |  |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the Status Conference scheduled for December 13, 2023, may be continued until February 28, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through February 28, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  December 8, 2023                    */s/ Marc Days*
                                            MARC DAYS
                                            Attorney for Rodger Githens

Dated:  December 8, 2023                    */s/ David Gappa*
                                            DAVID GAPPA
                                            Assistant United States Attorney

## **ORDER**

Upon the parties' stipulation and for good cause shown, the Status Conference scheduled for December 13, 2023, is continued until **February 28, 2024, at 1:00 p.m. before the Honorable Barbara A. McAuliffe**. The period through February 28, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **December 8, 2023**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE