Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
RODGER GITHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODGER GITHENS<br><br>Defendant. | Case No.: 1:23-cr-00089 NODJ-BAM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO SUPPRESS AND FOR A *FRANKS* HEARING**<br><br>**REQUEST FOR EVIDENTIARY HEARING**<br><br>Date: March 11, 2024<br>Time: 8:30 am<br>Judge: **NODJ** |

**TO:   PHILLIP A. TALBERT, UNITED STATES ATTORNEY, AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on TBA, or as soon thereafter as counsel may be heard, Defendant Rodger Githens ("Githens") will and hereby does move the **NODJ** United States District Court Judge, to suppress evidence seized from the execution of Warrant By Telephone Or Other Reliable Electronic Means, case # 2:23-sw-0349-KJN, issued on April 5, 2023.  Githens moves to suppress on the grounds the search was in violation of the Fourth Amendment of the United States Constitution because the affidavit in support of the warrant relied on a material omissions and that disclosure of the omissions reveals lack of probable cause.

**The defense requests an evidentiary hearing to determine any disputed facts.**

This motion is based upon the accompanying memorandum of points and authorities in support of Defendant's motion to suppress, its attached exhibits, the files and records in this case, and any argument or evidence which may be presented during the pendency of this motion and at the hearing on this and related motions.

Dated: February 12, 2024,                    Respectfully submitted,

                                              Marc Days
                                              Days Law Firm

                                              */s/ Marc Days*
                                              MARC DAYS
                                              Attorney for Defendant
                                              Rodger Githens

U.S. v. Githens, 1:23-cr-00089 NODJ-BAM
Defendant's Notice of Motion and Memo of P&A In
Support of Motion to Suppress; *Franks* Hearing

-2-