**EXHIBIT C-5**

