Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
RODGER GITHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RODGER GITHENS<br><br>  Defendant. | Case No.: 1:23-cr-00089-NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>Date:  January 22, 2025<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the Status Conference scheduled for September 25, 2024, may be continued until January 22, 2025.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case.  The defense anticipates that in April 2025 it will be ready to set a trial date.  The parties agree that time under the Speedy Trial Act shall be excluded through January 22, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  September 19, 2024                         */s/ Marc Days*
                                                                          MARC DAYS
                                                                          Attorney for Rodger Githens

Dated:  September 19, 2024                         */s/ David Gappa*
                                                                          DAVID GAPPA
                                                                          Assistant United States Attorney

# **ORDER**

Upon the parties' stipulation and for good cause shown, the Status Conference scheduled for September 25, 2024, is continued until **January 22, 2025, at 1:00 p.m. before the Honorable Barbara A. McAuliffe**. The period through January 22, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 19, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

U.S. v. McAuliffe, 1:23-cr-00089 NODJ-BAM
Stipulation to Continue; Order.                -2-