Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
RODGER GITHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RODGER GITHENS<br><br>　　　　　　　Defendant. | Case No.:  1:23-cr-00089 TLN-BAM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO SUPPRESS ON THE GROUNDS THE WARRANT LACKED PARTICULARITY AND WAS OVERBROAD**<br><br>**REQUEST FOR EVIDENTIARY HEARING**<br>Date:　November 17, 2025<br>Time:　9:30 am<br>Judge:　HON. TROY L. NUNLEY |

**TO:   KIMBERLY A. SANCHEZ, ACTING UNITED STATES ATTORNEY, AND DAVID L. GAPPA, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on November 17, 2025, or as soon thereafter as counsel may be heard, Defendant Rodger Githens ("Githens") will and hereby does move this Court to suppress evidence seized from the execution of Warrant By Telephone Or Other Reliable Electronic Means, case # 2:23-sw-0349-KJN, issued on April 5, 2023, on the grounds the warrant lacked particularity and was overbroad in violation of the Fourth Amendment of the United States Constitution.

**The defense requests an evidentiary hearing to determine any disputed facts.**  This motion is based upon the accompanying memorandum of points and authorities in support of Defendant's motion to suppress, the files and records in this

1 case, and any argument or evidence which may be presented during the pendency of
2 this motion and at the hearing on this and related motions.

3

4 Dated: August 7, 2025,                    Respectfully submitted,

5                                           Marc Days
                                            Days Law Firm
6
                                            */s/ Marc Days*
7                                           MARC DAYS
                                            Attorney for Defendant
8                                           Rodger Githens

U.S. v. Githens, 1:23-cr-00089 TLN-BAM
Defendant's Notice of Motion and Motion to Suppress.

-2-