Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
RODGER GITHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODGER GITHENS<br><br>Defendant. | Case No.: 1:23-cr-00089 TLN-BAM<br><br>STIPULATION FOR FILING SCHEDULE AND HEARING DATE; ORDER<br><br>PROPOSED DATED:  November 17, 2024<br>Time:  9:30 am<br>Judge: HON. TROY L. NUNLEY |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney, David Gappa, Counsel for the Plaintiff, and Marc Days, Counsel for Rodger Githens.  Defendant intends to move to suppress evidence seized from the execution of Warrant By Telephone Or Other Reliable Electronic Means, case #2:23-sw-0349-KJN, on the grounds the warrant lacked particularity and was overbroad.  [Dkt. 298].  Based on Defendant's motion, counsel agree and stipulate that the following motions schedule shall apply as to the motion:

    a)  The motion is due to be filed on August 7, 2025.

    b)  The government's opposition is due on September 18, 2025.

    c)  Defendant's reply to the opposition is due on November 10, 2025.

    d)  The hearing on the motion will be held on November 17, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 7, 2025           /s/ Marc Days
                                MARC DAYS
                                Attorney for Rodger Githens

Dated: August 7, 2025           /s/ David Gappa
                                DAVID GAPPA
                                Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: August 7, 2025           _____
                                Troy L. Nunley
                                Chief United States District Judge