IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>RODGER GITHENS,<br><br>                              Defendant. | CASE NO.  1:23-CR-00089-JAO-BAM |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on September 18, 2025, and also reviewed the record of this case.  The government response will now be due on September 19, 2025.

SO ORDERED.

THE HONORABLE JILL A. OTAKE
UNITED STATES DISTRICT JUDGE