IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-cr-00089-JAO-EPG |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST AND** |
| v. | **WAIVER OF APPEARANCE** |
| RODGER GITHENS, | |
| Defendant. | |

On January 21, 2026, the Court received Defendant Rodger Githens' request to be excused from personally appearing at the status conference set for Wednesday, January 28, 2026, at 1:00 p.m.  Mr. Githens requests that he be allowed to appear through his attorney, Marc Days.

Defendant's request does not provide any reason for this request.  Nor does it state that Mr. Githens is unable to appear in person.

The Court will deny the request and require an in-person appearance from Mr. Githens at the status conference.   Jury Trial is set in this case for March 17, 2026 before Visiting District Judge Jill Aiko Otake, who must arrange for travel in advance of the trial date.  It is thus important for all parties to be present to confirm the trial date.

\\\

\\\

\\\

\\\

The Court will thus deny the motion without prejudice.[1]

IT IS SO ORDERED.

Dated:    **January 21, 2026**          /s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE

---

[1] If Mr. Githens believes there is good cause to excuse him from personal appearance, he may renew the motion and set forth his cause. However, the Court may select an alternate date for the status conference in order to allow for Mr. Githens' in person appearance.