IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODGER GITHENS,<br><br>Defendant. | CR. NO. 23-00089 JAO-EPG-1<br><br>ORDER REGARDING STIPULATED FACTS BENCH TRIAL |

**ORDER REGARDING STIPULATED FACTS BENCH TRIAL**

Defendant Rodger Githens is charged by Superseding Indictment with two counts:  Attempted Coercion and Enticement (a violation of 18 U.S.C. § 2422(b)), and Receipt or Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct (a violation of 18 U.S.C. § 2252(a)(2)).  ECF No. 78.  On March 2, 2026, he knowingly and voluntarily waived his right to a jury trial.  *See* ECF Nos. 96, 97.  On March 11, 2026, the parties submitted a "Stipulation for Non-Jury Trial" ("Stipulation"), ECF No. 98, in which they submit agreed-upon facts for the Court to consider in rendering its verdict.  The Court enters this Order to address some of the practical contours of the trial.

**Location:**  This case was indicted in Fresno, *see* ECF No. 11, but reassigned to Sacramento, *see* ECF No. 64.  Because the attorneys are all located in Fresno,

Mr. Githens is in custody at a facility closer to Fresno, and the Court expects the trial to last less than a day, there are "exceptional circumstances" warranting the reassignment of this trial to Fresno.  *See id*.  Judge Otake has consulted with the court staff and has confirmed that the trial can proceed in Fresno.

**Date:**  The Court continues the trial to March 23, 2026 at 9:00 a.m.  The trial will be held in Courtroom 5 of the Robert E. Coyle United States Courthouse in Fresno.

The Court notes that at the Trial Confirmation Hearing on March 2, 2026, neither party objected to rescheduling the trial to March 23, 2026.  In any event, approximately 49 days of the 70-day time-for-trial allotment under 18 U.S.C. § 3161(c)(1) have been utilized, with all other extensions of trial excluded.  *See* ECF Nos. 12, 30, 34, 39, 44, 47, 50, 54, 57, 61, 63.  Continuing the trial from March 17, 2026 to March 23, 2026 will not result in a violation of the Speedy Trial Act, 18 U.S.C. § 3161.

**Trial Proceedings:**  The Court will conduct a colloquy with Mr. Githens regarding the stipulated facts and then will hear closing argument from the parties. Each party shall have 20 minutes for closing argument; the Government may opt to reserve some of its time for rebuttal.

**Post-Trial Briefing:**  The parties shall submit briefs in addition to their closing arguments no later than March 30, 2026.  The briefs shall not exceed

fifteen pages and should focus on the elements of the offenses charged and any caselaw supporting the parties' positions. The briefs need not reiterate the facts as outlined in the Stipulation, except to the extent such facts are necessary to support the parties' legal positions.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, March 11, 2026.



Jill A. Otake
United States District Judge

CR. NO. 23-00089 JAO-EPG-1, *United States v. Rodger Githens*; ORDER REGARDING STIPULATED FACTS BENCH TRIAL