ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>RODGER GITHENS,<br><br>                          Defendant. | CASE NO.  1:23-CR-00089-JAO-EPG<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the Court's Findings of Fact, Conclusions of Law, and Verdict, which found Rodger Githens guilty of Counts One and Two of the Superseding Indictment, and adopting the United States' and Rodger Githens' stipulation regarding the forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1.      Under §§ 2428(b), 2253(a), and Fed. R. Crim. P. 32.2(b)(1), defendant Rodger Githens' interest in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

        a.      iPhone SE, International Mobile Equipment Identity (IMEI) 356480103299859 and 356480103162065; and

        b.      Money judgment in the amount of $75,000.00.

2.      According to the parties' stipulation, the $75,000 money judgment is imposed for forfeiture purposes concerning the use or intended use of defendant's real property located at 1518

1                                                                           Preliminary Order of Forfeiture

Maryland Avenue, West Sacramento, California to commit, facilitate, and promote the commission of a violation of 18 U.S.C. §§ 2422(b) and 2252(a)(2), of which the Trial Court found Rodger Githens guilty.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 2500, Fresno, CA 93721.

4. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.  The personal forfeiture money judgment shall be paid in full at or before July 20, 2026, the date of the sentencing hearing in this case.

5. The above-listed property was used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and was used or intended to be used to commit and promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

6. Under Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

7. a. Under 18 U.S.C. §§ 2428(b)(2) and 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

 Preliminary Order of Forfeiture

within 30 days from receipt of direct written notice, whichever is earlier.

8.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture under 18 U.S.C. §§ 2428(b), 2253(a), and Fed. R. Crim. P. 32.2(b)(1) in which all interests will be addressed.

SO ORDERED on May 6, 2026.

HONORABLE JILL A. OTAKE
United States District Court Judge

Preliminary Order of Forfeiture