LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 971.319.3099
Email: jay@jayanelson.com

Attorney for Defendant/Appellant
Rodger Githens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>RODGER GITHENS,<br><br>Defendant/Appellant, | USDC Case No. 1:23-cr-00089-JAO-EPG-1<br>USCA Case No. 26-5020<br><br>UNOPPOSED MOTION FOR ORDER AUTHORIZING DISCLOSURE OF SEALED, NONPUBLIC DOCKET TO APPELLATE COUNSEL<br><br>Before the Honorable Jill A. Otake<br>United States District Judge |

Defendant/Appellant Rodger Githens respectfully moves for limited disclosure of the full and complete nonpublic docket in this case.

The docket contains records which are invisible on PACER to undersigned appellate counsel. In counsel's experience, the absence of descriptive text for such docket entries typically signifies the existence of a sealed and/or *ex parte* filing event. Mr. Githens may wish to request access to the underlying records at issue to evaluate and prepare his appeal, but counsel cannot make an informed determination in that respect due to the absence of descriptive text for the missing entries.

In order that appellate counsel may fulfill his obligation to conduct a comprehensive review of the record on appeal, Mr. Githens respectfully asks the Court to enter an order directing the Clerk of the Court to provide a full and complete copy of the sealed, nonpublic docket to undersigned appellate counsel. In addition, Mr. Githens asks that other professional members of his appellate team—*e.g.*, paralegals—may also be permitted to review and possess the sealed docket. Mr. Githens anticipates that he will move separately, in due course, for the disclosure of any underlying sealed and/or *ex parte* records reflected on the nonpublic docket that counsel deems necessary for his assessment of the appeal.

////

////

////

////

////

Mr. Githens has addressed this request with Assistant United States Attorney David L. Gappa. Mr. Gappa responded that the government does not object.

Respectfully submitted,

DATED: August 19, 2026

LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Defendant/Appellant
RODGER GITHENS

ORDER

For the reasons set forth in the Defendant's motion, the Clerk of the Court is directed provide a full and complete copy of the sealed, nonpublic docket to defendant's appellate counsel who signed the motion.

Additionally, other professional members of his appellate team—*e.g.*, paralegals—may also be permitted to review and possess the sealed docket.

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE