LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 971.319.3099
Email: jay@jayanelson.com

Attorney for Defendant/Appellant
Rodger Githens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>RODGER GITHENS,<br><br>Defendant/Appellant, | USDC Case No. 1:23-cr-00089-JAO-EPG-1<br>USCA Case No. 26-5020<br><br>UNOPPOSED MOTION FOR ORDER AUTHORIZING DISCLOSURE OF SEALED RECORDS TO APPELLATE COUNSEL<br><br>Before the Honorable Jill A. Otake<br>United States District Judge |

On August 25, 2026, the Court authorized the disclosure of the nonpublic docket to undersigned appellate counsel. ECF No. 152. Defendant/Appellant Rodger Githens now respectfully moves for an order directing that the following records, which are filed under seal in whole or in part, shall be unsealed for the limited purpose of providing them to undersigned appellate counsel of record, Jay A. Nelson—including professional members of the appellate team—by the Clerk of the Court:

- ECF Nos. 126, 127, 128, 130, 131, 132, 148.

This motion arises out of counsel's obligation to thoroughly review the district court record on Mr. Githens's behalf. *See, e.g.*, *United States v. Sleugh*, 896 F.3d 1007, 1015 (9th Cir. 2018).

Mr. Githens has addressed this request with Assistant United States Attorney David Gappa. Mr. Gappa responded that he does not object.

Respectfully submitted,

DATED: August 26, 2026

LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Defendant/Appellant
RODGER GITHENS

ORDER

Defendant/Appellant Rodger Githens' motion (ECF No. 153) is GRANTED. For the reasons set forth in Defendant/Appellant Rodger Githens' motion, the Court directs the Clerk of the Court to provide the following sealed records to undersigned appellate counsel of record, Jay A. Nelson—including professional members of the appellate team—ECF Nos. 126, 127, 128, 130, 131, 132, 148.

IT IS SO ORDERED.

Dated: **August 28, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE