IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODGER GITHENS,

Defendant.

CASE NO. 1:23-CR-00089-JAO-BAM

ORDER ON STIPULATION REGARDING RESTITUTION

COURT: Honorable Jill A. Otake

**ORDER**

The parties have entered a stipulation regarding the allocation of $75,000 that the defendant provided as part of the resolution of his case prior to the sentencing hearing. Based upon that stipulation and relevant parts of the record, the court enters the following order.

1. Payment of $5,000 will be made to "Dipper" in care of attorney Deborah Bianco in trust for Dipper. Specific payment information has been provided to the clerk's office through the United States Probation Office.
2. Payment of $5,000 will be made to "Ethan" in care of Restore the Child in trust for Ethan. Specific payment information has been provided to the clerk's office through the United States Probation Office.
3. Payment of $5,000 will be made to "Alex" in care of Restore the Child in trust for Alex.

Specific payment information has been provided to the clerk's office through the United States Probation Office.

4. Payment of $5,000 will be made to "Eliza" in care of Jones Day in trust for Eliza. Specific payment information has been provided to the clerk's office through the United States Probation Office.

5. After determining the amount of restitution, as agreed to above, the amount remaining of the $75,000 to satisfy the money judgment is $55,000. The amount remaining, $55,000, shall be the amount of the fine and payment of $55,000 will be made to pay the fine.

The payments shall be stayed pending resolution of direct appeal and will not take effect should any decision from the United States Court of Appeals vacate either of the defendant's convictions or sentence.

Any scheduled hearing on the issue of restitution is vacated.

IT IS SO ORDERED.

Date: October 21, 2026

Honorable Jill A. Otake
United States District Judge